**SENTENCING COURTROOM MINUTE SHEET**                    DATE  January 12, 2024

CASE NO. CR-20-00312-JD-002                              U.S.A. -v- DEANNA DANNETTE WILSON

COMMENCED 1:00 p.m.         ENDED 2:30 p.m.              TOTAL TIME 1 hr. and 30 mins.

JUDGE JODI W. DISHMAN       DEPUTY NYSSA VASQUEZ        REPORTER  CASSY KERR

| Plf. Counsel: Thomas B. Snyder, AUSA | Dft. Counsel: Henry A. Meyer, III, CJA |
| Probation Officer: Patricia Rivera | Interpreter: N/A |

SENTENCING MINUTE: Defendant appears in person with court-appointed counsel. Counsel and Defendant confirm receipt and review of the Final Presentence Report and addendum. The Court advises of one typographical correction to paragraph 37 of the Final PSR. Objections to Final Presentence Report addressed by the Court and subject to the Court's findings made on the record (that a ruling is not necessary and rulings are not being requested by the Defendant), the Court adopts and accepts the final presentence investigation report and the addendum as the findings of the Court for sentencing purposes. The Court confirms that the 11/1/23 amendments do not apply in this case. Counsel for both sides agree they do not apply. The Court hears oral argument as to an appropriate sentence from both sides. Counsel for the government argues it would not oppose a sentence of probation. Counsel for defendant requests a sentence of probation in line with his Sentencing Memorandum and Request for Downward Variance Resulting in Sentence of Probation [Doc. No. 136 (filed under seal)]. Defendant moves to admit a list of medications taken by the defendant and with no objection by the government, the Court GRANTS the oral motion and admits Defendant's Exhibit 1. The Court GRANTS the Defendant's request for a downward variance and imposes the sentence as shown below and as stated on the record.

Following the imposition of the sentence, the Court ORDERS that the Sentencing Memorandum [Doc. No. 136] may remain under seal. Exhibit withdrawn at the conclusion of this hearing.

EXHIBITS ADMITTED BY DEFENDANT:

1. Drugs Taken by Wilson

☒ DEFENDANT IS PLACED ON PROBATION FOR A TERM OF **5 YEARS as to Count 12 of the Indictment filed 06/01/2021**.

☒ Defendant must comply with the mandatory, standard, and special conditions of supervision that are set out in the Judgment in a Criminal Case.

☒ The Court does not impose a term of incarceration.

☒ The Court does not impose restitution.

☒ The Court does not impose community service.

☒ Fine is hereby waived due to defendant's inability to pay such fine.

2

☒  Defendant ordered to pay Special Assessment fee of $100.00 on Count(s) Twelve (12)  for a total of $ 100.00, due immediately.

☒  Defendant advised that pursuant to the plea agreement, she waived the right to appeal or collaterally challenge the sentence imposed by the Court, except under limited circumstances. Defendant advised that to the extent the right of appeal survives the waiver in the plea agreement, the right to appeal from such judgment, sentence, and conviction is to the United States Court of Appeals for the Tenth Circuit. Defendant advised that she may apply for leave to appeal in forma pauperis if she qualifies.

☒  Defendant released on conditions set out in the Judgment in a Criminal Case during her probationary term.

Authorities cited by Court:
Statutes & Rules:
1. 18 U.S.C. §§ 3553, 3661
2. Various U.S.S.G. policy statements and provisions