IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-20-312-JD |
| ) | |
| DEANNA DANETTE WILSON, ) | |
| a/k/a Deanna Harp, ) | |
| a/k/a Mama D, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Defendant has entered a plea of guilty to Count 12 of the Superseding Indictment. In light of that guilty plea, the United States has moved to dismiss Count 11 of the Superseding Indictment as to Defendant Deanna Danette Wilson in the best interest of justice.

It is therefore ORDERED that Count 11 of the Superseding Indictment, returned on June 1, 2021, is DISMISSED.

JODI W. DISHMAN
United States District Judge